FILED
CLERK, U.S. DISTRICT COURT
MAR - 9 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>  Sean Michael Bryant<br>  Defendant. | Case No.: 20-CR-0056-JLS<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central Dist. CA**, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **instant allegations, lack of bail resources, substance abuse**

1
2
3     and/or
4  B.  (✓) The defendant has not met his/her burden of establishing by clear and
5     convincing evidence that he/she is not likely to pose a danger to the safety of any
6     other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7     finding is based on __instant allegations, substance abuse__
8     __3/5/23 police encounter, criminal history__
9
10
11
12
13     IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED: __3/9/23__                    _/s/ Karen E. Scott_
17                                                 KAREN E. SCOTT
                                                   UNITED STATES MAGISTRATE JUDGE